NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLIED TECHNOLOGY GROUP, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**MONSTER GOVERNMENT SOLUTIONS, LLC,**
*Defendant-Appellee.*

---

2010-5131

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-120, Judge Thomas C. Wheeler.

---

ON MOTION

---

## O R D E R

Upon consideration of Monster Government Solutions, LLC's unopposed motion to add William M. Jack to the trial court's protective order,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 1 0 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frederick W. Claybrook, Jr., Esq.
Jacob B. Pankowski, Esq.
Michael N. O'Connell, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

JAN HORBALY
CLERK